UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES D. MORRIS, | Case No. 3:23-cv-00042-ART-CSD |
| Plaintiff | **ORDER** |
| v. | |
| RN MELISSA MITCHELL, et al., | |
| Defendants | |

On January 30, 2023, pro se plaintiff Charles D. Morris, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1.)  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1.)

I. **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. Special R. 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

1    As explained above, Plaintiff has neither paid the full filing fee nor applied to

2    proceed *in forma pauperis*. The Court gives Plaintiff **until April 21, 2023**, to either pay

3    the filing fee or submit an application to proceed *in forma pauperis*.

4    **II.    CONCLUSION**

5    It is therefore ordered that Plaintiff has **until April 21, 2023**, to either pay the full

6    $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all

7    three required documents: (1) a completed application with the inmate's two signatures

8    on page 3, (2) a completed financial certificate that is signed both by the inmate and the

9    prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

10   previous six-month period.

11   Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

12   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

13   to refile the case with the Court, under a new case number, when Plaintiff can file a

14   complete application to proceed *in forma pauperis* or pay the required filing fee.

15   The Clerk of the Court is directed to send Plaintiff Charles D. Morris the approved

16   form application to proceed *in forma pauperis* for an inmate and instructions for the same

17   and retain the complaint (ECF No. 1-1) but not file it at this time.

18

19   DATED THIS  17th day of February 2023.

20

21   _____
     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

- 2 -