UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES D. MORRIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RN MELISSA MITCHELL, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-cv-00042-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　The Office of the Attorney General did not accept service of process on behalf of Defendant Melissa Mitchell, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 13.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 14.)

　　The Clerk shall ISSUE a summons for **Melissa Mitchell** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 14.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on Defendant Melissa Mitchell. The court will separately provide to the U.S. Marshal completed USM 285 form for the Defendant.

　　Plaintiff is reminded that **September 14, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

　　**IT IS SO ORDERED.**

　　DATED: July 10, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE